**GRANTED**
Judge Nathanael M. Cousins

| | |
|---|---|
| 1 | ROB BONTA |
|   | Attorney General of California |
| 2 | JAY M. GOLDMAN |
|   | Supervising Deputy Attorney General |
| 3 | KYLE A. LEWIS |
|   | Deputy Attorney General |
| 4 | State Bar No. 201041 |

 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3585
 Facsimile:  (415) 703-5843
 E-mail: Kyle.Lewis@doj.ca.gov
*Attorneys for Defendant S. Taylor*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**WILLIAM FRANK SHAW**,

Plaintiff,

v.

**TAYLOR**,

Defendant.

Case No. 5:20-cv-08912-NC

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**
**(Fed. R. Civ. P. 41(a)(1)(A)(ii))**

Plaintiff William Frank Shaw and Defendant S. Taylor have resolved this case in its entirety.  Therefore, through their respective counsel, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Court shall retain jurisdiction to enforce the terms of the settlement agreement, if necessary.

Each party shall bear its own litigation costs and attorney's fees.

//

//

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (5:20-cv-08912-NC)

1 | It is so stipulated.

3 | Dated: March 30, 2022           /s/ Benjamin Rudin
4 |                                  Benjamin Rudin, Attorney & Counselor at Law
  |                                  Attorney for Plaintiff William Shaw

7 | Dated: March 30, 2022           */s/ Kyle A. Lewis*
  |                                  Kyle A. Lewis
8 |                                  Deputy Attorney General
  |                                  California Attorney General's Office
9 |                                  Attorneys for Defendant S. Taylor

12 | SF2021400668
13 | 43155509.docx

2

# CERTIFICATE OF SERVICE

Case Name:   *Shaw, William Frank v. Taylor*          Case No.   **5:20-cv-08912-NC**

I hereby certify that on March 30, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 30, 2022, at San Francisco, California.

|  |  |
|---|---|
| B. Chung | *[signature]* |
| Declarant | Signature |

SF2021400668
43155532.docx